RECEIVED
JAN 22 2025
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

HighPriest aaron Lewis Pampley
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # A801261

vs.

Cuyahoga County Jail
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Michelle henry
Et al.

2:25 CV 0056

JUDGE MORRISON
MAGISTRATE JUDGE BOWMAN

## COMPLAINT

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

HighPriest aaron Lewis Pampley
NAME - FULL NAME PLEASE - PRINT

ADDRESS: STREET, CITY, STATE AND ZIP CODE
Correctional Reception Center
Po.Box 300 11271 St.Rt. 762 orient, ohio 43146

614 877 2441
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

    B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1. PARTIES TO THIS PREVIOUS LAWSUIT

           PLAINTIFFS: N/A

           DEFENDANTS: N/A

        2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY) N/A

        3. DOCKET NUMBER N/A

        4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED N/A

        5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?) N/A

        6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT N/A

        7. APPROXIMATE DATE OF THE DISPOSITION N/A

PLACE OF PRESENT CONFINEMENT

Correctional Reception center

- A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )

- B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO (X)

- C. IF YOUR ANSWER IS YES:
  1. WHAT STEPS DID YOU TAKE?

  2. WHAT WAS THE RESULT?

- D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

  Because i was placed in the hole and also placed on a high security Precaution to where only SRt and high ranking People like sargeants an leuitenants can pull me out my cell an witch they where denieing me access to the Kiosk so i can File my grievance

- E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

- F. IF YOUR ANSWER IS YES:
  1. WHAT STEPS DID YOU TAKE?

  2. WHAT WAS THE RESULT?

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Cuyahoga County Jail
   NAMES - FULL NAME PLEASE

   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. 1215 W. 3rd Street Cleveland Ohio 44113

3. Michelle Henry 2079 E. 9st FL 3 Cleveland Ohio 44115

4.

5.

6.

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

1. Jurisdiction & venue this is a civil action authorized by 42 U.S.C section 1983 to redress the deprivation, under color of State law, of rights secured by the constitution of the united states the court has jurisdiction under 28 U.S.C section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The united states District court for the southern district of ohio is an appropriate venue under 28 U.S.C section 1391 (b)(2) because it is where the events giving rise to this claim occurred. each defendant is sued individually and his official capacity at all times mentioned in this complaint each defendant acted under the color of state law

On the above date an time of march, 10, 2023 between the hours of 7:00AM an 1:30PM i was pulled out of my cell witch was located on jail 1 on the 10th floor of the cuyahoga county jail i was pulled out to go meet with my lawyer witch was located on the 7th floor of jail 1 when i was done meeting with my lawyer i was transported back to the 10th floor as i was walking about to go in my Pod a co blind side attacked me witch was witnessed by my Pod officer and the institutional camera in witch

-5-

exhibit A

my Pod officer and the video footage will be able to validate this claim after my pod officer called for back-up and the co was pulled off me i was taken to medical to be checked out and then was taken back to my cell an where i was placed on a high security precaution to where only SRt and high ranking people like sargeants an leuitenants can pull me out my cell an witch they where denieing me access to the kiosk so i can file my grievance against the situation the cuyhoga county jail is in violation of my constitutional right these are the following Amendments that where violated my Eighth Amendment cruel and unusual punishment and my Fourteenth Amendment a due process the Plaintiff has no Plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff seeks

Exhibit B	LEGAl Claims

Deliberate indiffrenc to medical treatment
"Due Process" denile of acess to the courts
cruel and Unusual Punishment
use of excessive Force and Physical brutality by Prison Officials

in witch my Eighth, Fourteenth Amendments where violated

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

WHEREFORe, Plaintiff respectfully prays that this court enter judgment granting Plaintiff a declaration that the acts and omissions described herein violated plaintiff's rights under the constitution and laws of the united states. A preliminary and Permanent injunction ordering defendants to state what it is you want the defendants to do ; HighPriest aaron Pampley Want's the defendants to pay me in compensatory damages in the amount of $500,000 against each defendant jointly and severally and Punitive damages in the amount of $250,000 against each defendant and also want's the defendant to pay Plaintiff's cost in this suit and any additional relief this court deems just Proper and equitable

SIGNED THIS 13 DAY OF January 2025.

_____
SIGNATURE OF PLAINTIFF