Correctional
Reception
center
P.O. Box 300
11271 St. Rt.
762 orient
Ohio 43146

HighPriest aaron Pampley # #801261



Inmate Correspondence

United States District court

Southern District of Ohio

Columbus, Ohio 43215